**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY HEARN,<br><br>   Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:23-cv-02760-JFW-Ex<br><br>Hon. John F. Walter<br><br>**ORDER OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

  Plaintiff Sy Hearn and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal of Trans Union LLC with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal of Trans Union LLC with Prejudice, the Court makes and delivers the following ruling:

  IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Sy Hearn against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with Court costs and attorneys' fees to be paid by the party incurring same.

DATED this 9th day of January 2024.

*[signature]*

           HONORABLE JOHN F. WALTER
          UNITED STATES DISTRICT JUDGE